## Juanita Bohannon, Appellant, v. Joseph Simms et al., Appellees.

**Gen. No. 10,110.**

opinion filed April 18, 1947; rehearing denied June 23, 1947; released for publication June 23, 1947. C. I. Martin and Harold H. Kuhfuss, for appellant; Clarence W. Heyl and George W. Sprenger, for appellees. Opinion by JUSTICE DOVE. Not to be published in full.